UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Bruce W. Black

Hearing Date: Jan 30, 2009

Bankruptcy Case No.: 08-30027

Adversary No.:

Title of Case: Michael and Heather Stupay

Brief Statement of Motion: Confirmation Hearing

Names and Addresses of moving counsel: Andrew B. Nelson — Law Offices of Peter F. Geraci, 55 E. Monroe, Ste. 3400, Chicago IL 60603

Representing: The Debtors

## ORDER

This case coming before the Court today, it is hereby ordered that upon the filing of a proof of claim by GMAC toward the second mortgage on property at 1006 Mountain View Dr., Joliet, IL, Debtors agree to amend the plan consistent to the amount in said claim however Debtors do not waive their rights to object to said claim and, if said claim is modified, Debtors shall re-amend their plan to the final amount of said claim.

U S Bankruptcy Judge Bruce W. Black

/s/ Bruce W. Black

6/11/99